AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

FILED 23 APR '15 13:44 USDC-ORE

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1: 15-mj-69-CL |
| ERNEST LUTHER TAYLOR | ) |
| | ) |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 12/17/12-2/17/14 in the county of _____Jackson_____ in the _____ District of

_____Oregon_____ , the defendant violated _____18_____ U. S. C. § _2251 & 2252_ _____

, an offense described as follows:

18 USC § 2251(a)
18 USC § 2251(b)
18 USC § 2252(a)(1)
18 USC § 2252(a)(2)
18 USC § 2252A(a)(1)
18 USC § 2252A(a)(2)
18 USC § 2252A(a)(5)(B)

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Miles P. Wiltrout, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/15

_____
*Judge's signature*

City and state: _____Eugene, Oregon_____

Thomas M. Coffin, U.S. Magistrate Judge
*Printed name and title*

STATE OF OREGON            )

                          )        AFFIDAVIT OF MILES P. WILTROUT

County of Jackson         )

### Affidavit in Support of Criminal Complaint

I, Miles P. Wiltrout, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent of the Federal Bureau of Investigation, and have been so employed since May 1998. I am currently assigned to the Medford Resident Agency and the Southern Oregon High-Tech Crimes Task Force investigating computer related crimes. My training and experience includes various courses in investigating computer related crimes, online undercover training, as well as training in computer network structure and troubleshooting, basic and intermediate digital recovery and acquisition, and forensic examination of computers, cell phones, and other digital media. In addition, I have been the administrative case agent on two Title III wire interception investigations of drug enterprise operations.

2.      This affidavit is submitted in support of an application for an arrest warrant for Ernest Luther Taylor DOB XX/XX/1977, currently lodged in the Jackson County Jail, for violations of Title 18 United States Code, Sections 2251(a), 2251(b) , 2252(a)(1), 2252(a)(2), 2252A(a)(1), 2252A(a)(2), and 2252A(a)(5)(B). As set forth below, I have probable cause to believe that Ernest Luther Taylor has violated one or more of the statutes described herein.

3.      The facts set forth in this affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this

1

affidavit is submitted for the limited purpose of establishing probable cause in support of the arrest warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## Applicable Law

4.      Title 18 Section 2251(a) prohibits employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate of foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

5.      Title 18 Section 2251(b) prohibits any parent, legal guardian, or person having custody or control of a minor from knowingly permitting such minor to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

6.      Title 18 Section 2252(a)(1) prohibits knowingly transporting or shipping in interstate or foreign commerce, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct.

7.      Title 18 Section 2252(a)(2) prohibits knowingly receiving or distributing, by computer or mail, any visual depiction of minors engaging in sexually explicit conduct that has been mailed, shipped, or transported in interstate or foreign commerce.  That section also prohibits knowingly reproducing any visual depiction of minors engaging in sexually explicit conduct for distribution in interstate or foreign commerce by any means, including by computer or the mail.

8.    Title 18 Section 2252A(a)(1) prohibits knowingly mailing, transporting, or shipping child pornography in interstate or foreign commerce by any means, including by computer.

9.    Title 18 Section 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

10.    Title 18 Section 2252A(a)(5)(B) prohibits knowingly possessing, or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; shall be punished as provided in subsection (b).

### Statement of Probable Cause

11.    On 02/18/2014 detectives of the Medford Area Drug and Gang Enforcement (MADGE) unit served a search warrant, signed by a Jackson County Circuit Court Judge on 02/11/2014, upon 519 West 11th Street, Medford, Oregon, the residence of Ernest Luther Taylor, for evidence of the crimes of Possession of Psilocybin Mushrooms and Marijuana, Manufacturing of Psilocybin Mushrooms and Marijuana, and Delivery of Psilocybin Mushrooms and Marijuana, violations of Oregon Revised Statutes.

12.    The warrant authorized the search for and seizure of items drug related items including drug records and cell phones.  Based on my training and experience, I know that individuals who possess, manufacture and deliver narcotics may keep records, such as client contact information, pictures, text messages, multi-media messages, emails and email addresses,

3

and other documents related to their illegal drug sales in digital form on cell phones, memory cards and other forms of digital storage media.

13.     Pursuant to the service of this warrant, detectives seized numerous items from 519 West 11th Street, Medford, Oregon, including a laptop and a cell phone.  On 03/17/2014, Medford Police Detective Brandon Bloomfield, assigned to the Southern Oregon High-Tech Crimes Task Force obtained two items of digital evidence from the City of Medford Property Control Facility and transported the items to the Southern Oregon High Tech Crimes Task Force for forensic analysis.  The items were identified as a Sony Vaio laptop computer model VGN-BX540B bearing serial #3000048 and a Samsung SGH-T839 Sidekick Cellular Phone with serial #R26B581605R.

14.     Medford Police Officer Jennifer Newell, assigned to MADGE, provided a copy of the search warrant authorizing the analysis of the evidence pertaining to her narcotics investigation, and an Examination Request Form requesting the items be examined for evidence supporting the charges of manufacturing, distribution, possession of Psilocybin Mushrooms and to identify other suspects.  Based on my training and experience, evidence supporting the charges of manufacturing, distribution, and possession of Psilocybin Mushrooms and the identification of other suspects can be found on cell phones and computers in forms including pictures, text messages, multi-media messages, emails and email addresses and other documents, on cell phones and computers.

15.     On 08/13/2014, Detective Bloomfield began an examination of the Samsung SGH-T839 cellular phone with serial #R26B581605R. According to the information printed inside this cellular phone, this device was made in Korea.  Detective Bloomfield found it contained an eight gigabyte micro SDHC media card. The media card is used with the phone to store various information including images and videos.  Detective Bloomfield created an image

4

of the eight gigabyte media card and processed the image with AccessData Forensic Tool Kit, a software program used to recover live and deleted data from digital media. Processing the device in this manner allows an examiner to preserve original data including dates and times of files. After processing an evidence item, and depending on which function is used, AccessData Forensic Tool Kit can display digital images in a gallery view of thumbnail images, or a user can view images one at a time.

16.    After the image of the media card finished processing Detective Bloomfield began reviewing files that had been recovered from the device. Detective Bloomfield observed several images depicting child sexual exploitation (child pornography). The images all involved what appeared to be the same young female child that appeared to be about five or six years of age.

17.    Detective Bloomfield located at least 18 images that depict a prepubescent girl in various stages of undress. The images mainly depicted the girl from the waist to the neck. In the images the breasts of the girl are exposed and some of the images depict what appears to be an adult male wearing distinct large brass colored rings on the left hand, pulling the bra or top away from the girl causing her breasts to be exposed. Another image depicts what appears to be the same adult male touching the right breast of the girl over the clothing. In the images the girl is wearing various clothing to include a pink and white horizontal striped bikini type top with blue and pink ribbing, purple or fuchsia colored shirt and a white bra with multicolored frog print. Detective Bloomfield was able to locate EXIF (Exchangeable Image File Format) data for some of the images. EXIF data is information embedded in a digital file. Within an image, EXIF data will often identify date and times associated with an image and the device used to create the image. Detective Bloomfield was able to determine that at least some of the images were taken

5

with a device identified as a Samsung SGH-T839 cellular phone. EXIF data also showed the images mentioned were created between 09/12/2013 to 02/17/2014.

18.   On 04/20/2015 I viewed five of these images and they are described below:

**JPEG_8[6750].jpg** – A digital image that depicts a naked prepubescent girl sitting on a chair on her knees with her buttocks exposed (the chair shown in the image was later seized during the execution of a search warrant at Ernest Luther Taylor's residence).

**JPEG_8[6764].jpg** – A digital image that depicts what appears to be the same prepubescent girl wearing what appears to be a pink and white top or training bra with blue piping as she removes her shirt.

**JPEG_8[6752].jpg** – A digital image that depicts what appears to be the same prepubescent girl shown in **JPEG_8[6764].jpg**, however an adult male has pulled the girl's clothing down exposing her breast.  Brass colored rings are on the left hand of the male.

**JPEG_8[6736].jpg** – A digital image that depicts what appears to be the prepubescent girl in the same setting as the images above.  The girl is wearing a bra with a multi-colored pattern on it and the image depicts the front of her torso between her chin and just above her belly button.

**JPEG_8[6738].jpg** – A digital image that depicts what appears to be the same prepubescent girl shown in **JPEG_8[6736].jpg**, however an adult male has pulled the girl's clothing down exposing her breast.  Brass colored rings can be seen on the left hand of the adult male.

19.   Detective Bloomfield located several images depicting a young nude female child lying and sitting with what appears to be an adult male.  The adult male has an erect penis and the young female is stroking his penis up and down with her hands. At least two of these images

depict the young female's face, she appears to be about five or six years of age. The images had

been deleted and Detective Bloomfield was unable to recover EXIF data.

20.    Detective Bloomfield also observed other images of a non sexually explicit

nature, similar to family snapshots, of an adult male and female by themselves, together and with

what appeared to be the young female child that was depicted nude in images mentioned above.

Detective Bloomfield printed some of the pictures he found.

21.    On 08/13/2014 at about 1800 hours, Detective Bloomfield met with Officer

Newell and showed Officer Newell the images that he had printed, including

**JPEG_8[6736].jpg, JPEG_8[6738].jpg, and JPEG_8[6750].jpg**. Officer Newell identified

images of the adult male as Ernest Luther Taylor, DOB XX/XX/1977. Officer Newell identified

images of the adult female as Nicole Danielle Beasley. Officer Newell identified images of a

female child as BH, DOB XX/XX/2007. Officer Newell looked at images that depicted a male

subject with large brass rings pulling the bra away from a young female child as described above

and said that the rings belonged to Ernest Luther Taylor. Officer Newell told Detective

Bloomfield that she had served a search warrant at Ernest Taylor's residence on 02/18/2014 and

that when Ernest Luther Taylor was arrested he was wearing the rings in the images that

Detective Bloomfield had printed.

22.    One of the images, **JPEG_8[6750].jpg,** depicted BH sitting in a chair that had

wooden arm rests and black arm rest supports with tan and brown fabric. Officer Newell later

recognized the chair as being in Ernest Taylor's residence at, 519 West 11th Street. Officer

Newell has a photograph of the chair in the same room at the time she served a search warrant at

the residence on 02/18/2014.

23.    Officer Newell told Detective Bloomfield that Nicole Beasley is BH's mother.

Officer Newell told Detective Bloomfield that Nicole Beasley and Ernest Taylor have been in a

7

relationship and that Ernest Luther Taylor would have had access to BH as a result. Officer Newell told Detective Bloomfield that Nicole Beasley and BH do not live with Ernest Taylor and that Nicole Beasley and BH live at, 1313 Prune Street, Medford, Oregon.

24.    Officer Newell told Detective Bloomfield that Nicole Beasley is not friendly with police and when Ernest Taylor was arrested for narcotics in February of 2014, Nicole Beasley fled to Arizona with BH, but had since returned and is living at her own residence.

25.    On 08/13/2014, after viewing the printed images, Officer Newell drove Detective Bloomfield past Ernest Taylor's residence at 519 West 11th Street and they observed his vehicle, a 1991 Chevy Blazer with Oregon license plate QWT568 parked in the driveway. According to Oregon Department of Motor Vehicles records, the 1991 Chevy Blazer with Oregon license plate is registered to Ernest Taylor at, 519 West 11th Street, Medford, Oregon.

26.    On 08/13/2014, Officer Newell drove Detective Bloomfield past Nicole Beasley's residence located at, 1313 Prune Street and they observed her vehicle, a 2004 Pontiac Grand Am with Oregon license plate 882FCS parked in the driveway. According to Oregon Department of Motor Vehicles records the 2004 Pontiac Grand Am with Oregon license plate 882FCS is registered to Nicole Beasley at, 1313 Prune Street, Medford, Oregon.

27.    Officer Newell told Detective Bloomfield that Medford Police Sergeant Ben Lytle would also be able to identify Ernest Luther Taylor and the rings that were worn in some of the images.

28.    Either later in the evening after meeting with Officer Newell on 08/13/2014, or in the morning of 08/14/2014, Detective Bloomfield located five videos on the eight gigabyte micro SDHC media card. Detective Bloomfield determined that the five video were made between 12/17/2012 and 7/1/2013. The videos depict a prepubescent girl sucking on the penis of an adult male. Detective Bloomfield noticed that the videos share similar background items such as a

8

chair with wooden arm rests, black arm rest supports, and tan and brown colored fabric. The user creating the video pans to the ceiling light several times at which time figurines can be seen hanging from the ceiling near the light. The figurines appear to be some type of a star and a moon.

29.    On 04/20/2015 I viewed the following video files. The name and content of the videos are described, and the audio paraphrased, as follows:

**13baf864a9c1-06d070034.vdata** – A digital video file, approximately 4 min 43 seconds long, which depicts a prepubescent girl sitting at a computer table watching cartoons on the computer. The girl is wearing a blue t-shirt over a white long sleeved shirt. The camera moves and records what appears to be a glow in the dark star hanging from the ceiling light.

The male says - Come here, I wanna see how good of a cocksucker you are.

The girl reaches into the pants of an adult male and exposes his penis. She strokes his penis up and down with her hands and sucks on the penis. The girl gets up and goes to the bathroom to blow her nose. The girl returns and complains that her nose is hurting.

The male then says - See how long you can do it.

The girl says - I can't do it, I can't do it. I have to stop 'cause, I have to stop.

After the girl finishes sucking on the penis, the adult male says - That was good.

**13c25fd99761-06d070034.vdata** – A digital video file, approximately nine seconds long, which depicts the prepubescent girl, wearing tie dye colored shirt over a long sleeve shirt that has a red colored rib at the bottom of the sleeves and appears to have a skull pattern on the sleeves, again sucking on the adult male's penis. The girl wipes something off the adult's penis.

The girl says - Clean it off a little more.

The girl then continues to suck on the penis.

9

**13c25fd92531-06d070034.vdata** – A digital video file, approximately 37 seconds long, which depicts the prepubescent girl, wearing tie dye colored shirt over a long sleeve shirt that has a red colored rib at the bottom of the sleeves and appears to have a skull pattern on the sleeves, again sucking on the adult male's penis.

The adult male says - Suck some cock, up and down, keep going, good job.

The girl stops sucking on the adult male's penis and pulls her shirt up exposing her vaginal area.

**13c4025cdef1-06d070034.vdata** - A digital video file, approximately 49 seconds long, which depicts the prepubescent girl wearing green or gray colored clothing, again sucking on the adult male's penis.

The adult male says - Like the longest ever, as a present. Have you ever, when you have it in your mouth roll your tongue around. Put it in your mouth and roll your tongue around on it, oh that one feels good. How much can you get in your mouth? Whoa, that was a lot!

**13f9cf8bf251-06d070034.vdata** – A digital video file, approximately 58 seconds long, which depicts the prepubescent girl sucking on the adult male's penis. The male captures video of the ceiling and wall then pans down and records the girl who is nude and sucking on his penis. The adult male was wearing dark clothing and white socks with gray colored fabric at the toe area.

The adult male says - Alright do it. Take all of it. Look up here.

The girl looks up at the camera.

The adult male says - Take it, now do it.

The girl says - Did you get it?

The adult male says - No, keep going.

The girl says - Get it now?

10

The adult male says - Go up and down, try to get as much in there as you can.

The girl tries to talk with the adult male's penis in her mouth.  It appears the adult male ejaculates in the girl's mouth.

The male says - Get it all in there.

The girl gags, pulls back and drips fluid from her mouth while shaking her head from side to side.

The girl says - I got most that I could, so…

The adult male says - Ok.

The girl says - Did you get it?

The adult male says - Yeah.

The girl says - Can I see?

The girl gets up off her knees.

30.    Detective Bloomfield noticed that the images and videos were located in a file path on the media card identified as, "Part_1\NO NAME-FAT32\DCIM\Vaulty\data\". Detective Bloomfield researched "Vaulty" and found that it is a free application used in conjunction with cellular devices (phones) to hide images and videos so other users will not find them.

31.    After discovering the images and videos mentioned above, Detective Bloomfield did not do any further analysis of the phone or laptop computer.

32.    On 08/14/2014 Detective Bloomfield met with Officer Jennifer Newell, DDA Terry Norton-Smith, Medford Police Sergeant Josh Reimer, Medford Police Sergeant Lytle and Medford Police Detective Stephanie Smith.   Detective Bloomfield showed Sergeant Lytle, the images of the adult male with large brass rings on his hand and Sergeant Lytle identified him as Ernest Luther Taylor.  Sergeant Lytle also identified images of Nicole Beasley and BH. Sergeant

Lytle told Detective Bloomfield that Ernest Luther Taylor and Nicole Beasley know each other and that Sergeant Lytle was present during the search warrant at 519 West 11th Street in Medford, Oregon on 02/18/2014. Sergeant Lytle told Detective Bloomfield that Ernest Luther Taylor was wearing the large brass rings on his fingers at that time.

33.    Detective Bloomfield showed Officer Newell and Sergeant Lytle two of the videos mentioned above in this affidavit, one of which was **13baf864a9c1-06d070034.vdata**. The videos contain complete audio. Officer Newell and Sergeant Lytle both identified the male voice in the videos as being that of Ernest Luther Taylor, who resides at 519 West 11th Street, Medford, Oregon. Officer Newell identified the young female child in the videos performing oral sex on the male subject as, BH.

34.    On 08/14/ 2014, Detective Bloomfield applied for and was granted a search warrant to search Ernest Luther Taylor's residence located at, 519 West 11th Street in the City of Medford, County of Jackson State of Oregon. On 08/15/2014 members of the Medford Police Department, Jackson County Sheriff's Department, FBI and Jackson County parole and probation served the search warrant at, 519 West 11th Street in the City of Medford.

35.    Upon entering the residence Detective Bloomfield discovered that Ernest Luther Taylor was not there. The search team seized evidence items. Evidence items that Detective Bloomfield observed in the mentioned images and videos were also seized connecting the images and videos to Ernest Luther Taylor's residence. Those items included a moon and star hanging figurine, adult size white socks with gray fabric at the toe area and an office chair with wooden arm rest, black arm rest supports and tan and brown colored fabric.

36.    Detective Bloomfield briefed Jackson County Deputy District Attorney, Terry Smith-Norton and she authorized entering a temporary warrant for Ernest Luther Taylor's arrest. A temporary warrant was entered on, 08/15/2014. On 08/15/2014 Del Norte County Sheriff's

Department contacted Ernest Luther Taylor and detained him in the Crescent City, California area. Sergeant Griffin of the Del Norte County Sheriff's Department applied for and was granted a search warrant to search Nicole Danielle Beasley's 1991 Pontiac Grand AM. Ernest Luther Taylor was in the vehicle at the time he was detained by Sergeant Griffin of the Del Norte County Sheriff's Department. Nicole Danielle Beasley and BH were also in the vehicle.

37.    Medford Police Detectives Justin Ivens, Kathryn Ivens, Stephanie Smith and Sergeant Josh Reimer responded to Del Norte County and contacted Sergeant Griffin. Upon executing the search warrant on the mentioned vehicle, several items of digital evidence were seized and transferred to Detective Justin Ivens by Sergeant Griffin. The items are identified as follows:

1) Samsung brand cellular phone, model SGH-T839, bearing serial number R2EB514052A in a black nylon pouch (SOHTCTF Item # 1)

2) Blackberry brand cellular phone black in color, model 9310, bearing IMEI number A00000261EE121 (SOHTCTF Item # 2)

3) Samsung brand cellular phone black in color, model SGH-T839, bearing serial number R28B631152K (SOHTCTF Item # 3)

4) Samsung brand cellular phone black in color, model SGH-T839, bearing IMEI number 354889/04/138861/0 (SOHTCTF Item # 4)

5) Dell Inspiron Duo laptop computer black in color, service code number 6958325881 (SOHTCTF Item # 5)

6) Dell Inspiron Duo laptop computer black in color, service code number 8886751885, inside a black nylon case (SOHTCTF Item # 6)

7) Clear plastic pill case containing 6 Micro SD storage media cards (SOHCTF Item # 7)

13

8) Dane Elec 1 GB USB storage device silver in color (SOHCTF Item # 8)

38.     Detective Bloomfield later met with Detective Justin Ivens at the Medford Police Department Property Control Facility and transported the items to the Southern Oregon High Tech Crimes Task Force (SOHTCTF) for forensic analysis.

39.     On 08/22/2014, Detective Bloomfield applied for and was granted a search warrant in Jackson County, Oregon, authorizing the analysis of the evidence listed above.

40.     On 08/25/2014, Detective Bloomfield began an analysis of the listed evidence beginning with SOHTCTF Item #1 described as a Samsung brand cellular phone, model SGH-T839, bearing serial number R2EB514052A, in a black nylon pouch. This device contained a 32 GB Micro SD Card that Detective Bloomfield processed with AccessData Forensic Tool Kit.

41.     Detective Bloomfield reviewed images recovered from the 32 GB Micro SD Card and discovered at least 12 images that appear to be of the victim, BH.  The images depict BH's breasts and vaginal area.  Of the images, 10 are thumbnails that were created on XX/XX/2014. Thumbnail images can be created when a user chooses to view original images in a folder in the gallery view. XX/XX/2014 was BH's birthday and Detective Bloomfield discovered that BH, Ernest Luther Taylor and BH's mother, Nichole Beasely were at Great Wolf Lodge outside of Olympia, Washington on BH's birthday.

42.     I have viewed the thumbnail images from this 32 GB Micro SD Card and they are described below:

**1407018540888.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:29:00 p.m. that depicts a prepubescent girl, believed by Detective Bloomfield to be BH, with her breasts exposed making them the focal point of the image.  EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018553267.jpg** – A digital thumbnail of an of an image created on XX/XX/2014 at 3:29:12 p.m. that depicts a close-up thumbnail image of the breasts of a prepubescent girl believed by Detective Bloomfield to be BH. EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018563268.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:29:22 p.m. that depicts a close-up thumbnail image of what appears to be the right breast of a prepubescent girl believed by Detective Bloomfield to be BH, making her breast the focal point of the image. EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018584966.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:29:44 p.m. that depicts a prepubescent girl, believed by Detective Bloomfield to be BH, with her shirt pulled down exposing her breasts making them the focal point of the image. EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018631352.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:30:30 p.m. that depicts the vaginal area of a prepubescent girl, making it the focal point of the image, believed by Detective Bloomfield to be BH. EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018644089.jpg** - A digital thumbnail of an image created on XX/XX/2014 at 3:30:44 p.m. that depicts the vaginal area of a prepubescent girl, making it the focal point of the image, believed by Detective Bloomfield to be BH. EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018657221.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:30:56 p.m. of a prepubescent girl believed by Detective Bloomfield to be BH, lying naked on

her back on a bed.  EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018747887.jpg** – A digital thumbnail of an image created on XX/XX/2014 at 3:32:26 p.m. of a close-up of the vagina of a prepubescent girl believed by Detective Bloomfield to be BH.  EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407018757056.jpg** - A digital thumbnail of an image created on XX/XX/2014 at 3:32:36 p.m. of a close-up of the vagina of a prepubescent girl believed by Detective Bloomfield to be BH.  EXIF Information indicates this image was created on XX/XX/2014, BH's birthday.

**1407379312155.jpg** – A digital thumbnail of an image created on 08/06/2014 at 7:41:52 p.m. of a prepubescent girl with her shirt pulled up exposing her breasts believed by Detective Bloomfield to be BH.

**1407379312336.jpg** – A digital thumbnail of an image created on 08/06/2014 at 7:41:52 p.m. that depicts a prepubescent girl with her breasts exposed believed by Detective Bloomfield to be BH.  In the background of the image clothing can be seen.  The clothing appears to be a set of pajamas and a long sleeve shirt with skulls on the shirt.  Both articles of clothing were photographed and or seized during the service of search warrants associated with the investigation.  Also in the image, part of a hand with large brass objects on it can be seen.  Detective Bloomfield believes the hand is that of Ernest Taylor and the brass objects are most likely that of his brass rings that were photographed and seized during the investigation.

43.    Detective Bloomfield also identified numerous images that appear to have been taken at the Great Wolf Lodge in Washington State on XX/XX/2014, the day before BH's birthday.  These images depict the inside of the lodge, the water park attraction, slides, pools, and hotel room.  Through his investigation, Detective Bloomfield found that the Great Wolf

. Lodge is owned by the Chehalis Indian Tribe and that the tribe has its own law enforcement officers.

44.     On or about 08/26/2014, Detective Bloomfield contacted Officer Bernett (Chehalis Indian Tribe law enforcement) via phone and explained the investigation to him. Detective Bloomfield asked Officer Bernett if he could verify registration information pertaining to Ernest Luther Taylor specifically on, XX/XX/2014 and inquired if he could obtain photos of the front of the resort and the room Ernest Luther Taylor stayed in with Nicole Beasley and BH.

45.     Officer Bernett and Detective Matt Bogart (Chehalis Indian Tribe law enforcement) assisted with his request. Detective Bogart advised Detective Bloomfield that Ernest Luther Taylor was checked into the Great Wolf Lodge on, XX/XX/2014 and had stayed in room #1041.

46.     Detective Bloomfield located the sexually explicit thumbnail images in the "DCIM" folder on the Micro SD Card. "DCIM" stands for, Digital Camera Images. The DCIM folder is the default folder where images are stored when they are taken and saved. The default naming convention for an image taken with the Samsung SGH-T839 cellular phone refers to the date and time the image was taken. For example, if an image is taken on August 31st, 2014 at 3:00 PM, the image name would appear as, "2014-08-31 15.00.00.jpg".

47.     Detective Bloomfield extracted information from the Samsung SGH-T839 cellular phone pertaining to email sent from the email account, "lilbudboy24@yahoo.com to xscape_mental_patient@yahoo.com. The emails have several attachments which are identified as .jpg (image) files. The date and time naming convention of the files attached and sent via email, coincide with the date and time the thumbnails were created that depict BH in sexually explicit poses. Detective Bloomfield did not locate the original images on the Samsung SGH-

T839 cellular phone or Micro SD Card. Detective Bloomfield was only able to recover the thumbnails images that were created when the original images were viewed using the device.

48.     The screen shot below, provided by Detective Bloomfield is of information captured from the Samsung SGH-T839 cellular phone showing email sent from "lilbudboy24@yahoo.com" to "xscape_mental_patient@yahoo.com" with the mentioned attachments, some of which are named with names that appear to coincide with the dates and times the sexually explicit images of BH mentioned above were created.

Sent (3)

| # | Parties | Content | |
|---|---------|---------|---|
| 1 | Timestamp: -7 hours for PDT 8/7/2014 03:11:53(UTC+0) From: lilbudboy24@yahoo.com < > To: xscape_mental_patient@yahoo.com <xscape_mental_patient@yahoo.com> | Subject: 456 Body: 456 Attachments: 2014-08-02 15.29.12.jpg 2014-08-02 15.29.00.jpg 2014-08-02 15.29.12(2).jpg 2014-08-02 15.29.12(3).jpg Body file: mes-111.eml | |
| 2 | Timestamp: -7 hours for PDT 8/7/2014 03:11:02(UTC+0) From: lilbudboy24@yahoo.com < > To: xscape_mental_patient@yahoo.com <xscape_mental_patient@yahoo.com> | Subject: 234 Body: 234 Attachments: 2014-08-02 15.29.34.jpg 2014-08-02 15.29.23.jpg 2014-08-02 15.30.31.jpg 2014-08-02 15.29.44.jpg 2014-08-02 15.29.23(2).jpg 2014-08-02 15.29.34(2).jpg 2014-08-02 15.29.44(2).jpg 2014-08-02 15.30.31(2).jpg 2014-08-02 15.29.23(3).jpg 2014-08-02 15.29.34(3).jpg Body file: mes-114.eml | **Coincides with a sexually explicit thumbnail image.** |
| 3 | Timestamp: -7 hours for PDT 8/7/2014 03:09:57(UTC+0) From: lilbudboy24@yahoo.com < > To: xscape_mental_patient@yahoo.com <xscape_mental_patient@yahoo.com> | Subject: 123 Body: 123 Attachments: 2014-08-02 15.32.36.jpg 2014-08-02 15.32.27.jpg 2014-08-02 15.30.57.jpg 2014-08-02 15.30.43.jpg 2014-08-02 15.30.43(2).jpg 2014-08-02 15.30.57(2).jpg 2014-08-02 15.32.27(2).jpg Body file: mes-116.eml | |

49.     Detective Bloomfield applied for and was granted a search warrant for the email content for the two Yahoo! email accounts identified as, "lilbudboy24@yahoo.com and

18

xscape_mental_patient@yahoo.com". On 09/042014, Detective Bloomfield served Yahoo with the search warrant per their policy and procedure. On 12/03/2014, Detective Bloomfield received the Yahoo! response. Detective Bloomfield reviewed the information he received pursuant to the Yahoo! search warrant. Detective Bloomfield found that the name "david thomis" had been used in conjunction with the xscape_mental_patient@yahoo.com email account. Detective Bloomfield's investigation showed that Ernest Luther Taylor used his actual name (Ernest Taylor) and the name "David Thomis" with the xscape_mental_patient@yahoo.com email account.

50.    Based on the response from Yahoo!, Detective Bloomfield found that Ernest Luther Taylor had sent sexually explicit images that appear to match those described above from his lilbudboy24@yahoo.com account to the xscape_mental_patient@yahoo.com account. The images sent between these two accounts maintained their file names based on the default naming convention for an image taken with the Samsung SGH-T839, such as 2014-08-02 15.29.12.jpg, which appears to be the same image as 1407018553267.jpg described above, which was created on 08/02/2014 at 3:29:12 p.m.

51.    Detective Bloomfield also recovered digital video files from this 32 GB Micro SD Card. In this video, Ernest Luther Taylor is video recording BH and another juvenile female friend whose DOB is XX/XX/2007 (the female has been identified by Detective Stephanie Smith). The video was created on 06/15/2014. Sgt. Lytle and Detective Shannon Reynolds of the Medford Police Department identified the background of the video as being inside 1313 Prune Street (Nicole Beasley and BH's residence).

52.    During the video Ernest Luther Taylor speaks inappropriately about helping BH and her friend make their "boobies grow" and he encourages the girls to let him help them "learn some things".

53.    When Detective Bloomfield reviewed this video recording, Detective Bloomfield heard the voice of an adult male who Detective Bloomfield believes is Ernest Taylor saying to BH that he has helped BH "grow her boobies" and how they talk about "everything" including "S-E-X" according to BH.  BH also exposes her breasts while Ernest Luther Taylor films the act. Ernest Luther Taylor also refers to himself as "Hippy" during the video, which is a known nickname of his.  At one point during the video, Ernest Luther Taylor records his reflection in a mirror and BH exposing her breasts while he video records.  Ernest Luther Taylor's voice is distinct and clear throughout the video.

### Conclusion

54.    Based on the foregoing, I have probable cause to believe, and I do believe, that Ernest Luther Taylor, DOB XX/XX/1977, currently lodged in the Jackson County Jail, used a minor to engage in sexually explicit conduct for the purpose of creating a visual depiction of that act, used a minor in his custody to engage in sexually explicit conduct for the purpose of creating a visual depiction of that act and manufactured, possessed, distributed, transported images of child pornography in violation of Title 18 United States Code, Sections 2251(a), 2251(b), 2252(a)(2), 2252A(a)(2), and 2252A(a)(5)(B).  I therefore request that the court issue a warrant authorizing the arrest of Ernest Luther Taylor DOB XX/XX/1977.

54.    This affidavit and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Judith R. Harper prior to being submitted to the court.  AUSA Harper informed me that in her opinion, the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

Miles P. Wiltrout
Special Agent, FBI

Subscribed and sworn to before me this ___23___ day of April, 2015.

Thomas M. Coffin
United States Magistrate Judge

21